**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

MERCEDES-BENZ FINANCIAL SERVICES
USA LLC,

                Plaintiff,

    -against-

ILAN KORCHMAR; GREATER CHICAGO
MOTORSPORTS; KONRAD DOE,

                Defendants.

------------------------------------ X

ORDER

20 Civ. 3550 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 03 2020

GEORGE B. DANIELS, District Judge:

The December 3, 2020 initial conference is adjourned to January 28, 2021 at 9:30 a.m.

Dated: December 3, 2020
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE