

**NORRIS McLAUGHLIN, P.A.**
ATTORNEYS AT LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 2 8 2021

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

January 27, 2021

**Via Electronic Filing**
Hon George B. Daniels
United States District Court Judge
Southern District of New York
50 Pearl St.
New York, NY 10007

SO ORDERED

The January 28, 2021 initial conference is adjourned to February 25, 2021 at 9:30 a.m.

/s/ George B. Daniels
JAN 2 8 2021

Re:   **Mercedes-Benz Financial Services USA LLC v. Korchmar et al.**
      **Dkt. No. 20-cv-03550-GBD**

Dear Judge Daniels:

We represent Mercedes-Benz Financial Services USA LLC ("MBFS") and write to request that Your Honor adjourn tomorrow's case management conference. The non-defaulted defendants consent. MBFS and the non-defaulted defendants have settled (and MBFS has withdrawn its claims against the defaulted defendant). However, the parties need additional time to effectuate the transfer of title to the vehicle involved in this case pursuant to the terms of the settlement. We therefore respectfully request that the conference be adjourned three weeks, or such other longer period as the Court deems appropriate. By that time, the need for any conference will likely have become moot.

Respectfully Submitted,

**Norris McLaughlin, P.A.**

By:   */s/ Nicholas Duston*
      Nicholas Duston

cc:   Counsel of Record (via Electronic Filing)



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM