**NORRIS**
**MCLAUGHLIN | P.A.**
**ATTORNEYS AT LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 2 5 2021

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

February 24, 2021

SO ORDERED

**Via Electronic Filing**
Hon George B. Daniels
United States District Court Judge
Southern District of New York
50 Pearl St.
New York, NY 10007

The February 25, 2021 initial conference
is adjourned to April 22, 2021 at 9:30 a.m.

FEB 2 5 2021   *George B. Daniels*

Re:   **Mercedes-Benz Financial Services USA LLC v. Korchmar et al.**
      **Dkt. No. 20-cv-03550-GBD**

Dear Judge Daniels:

    We represent Mercedes-Benz Financial Services USA LLC ("MBFS") and write to
request that Your Honor adjourn tomorrow's case management conference. The claims against
Mr. Korchmar have been dismissed without prejudice, and the remaining defendants consent. As
stated in our January 27, 2021 letter, the parties still require additional time to fully effectuate
their settlement by way of transferring title to the vehicle. This has taken longer than originally
anticipated but should be completed soon.

    We therefore respectfully request that the conference be adjourned an additional three
weeks, or such other longer period as the Court deems appropriate. By that time, the parties
hope that the need for any conference will likely have become moot.

                                        Respectfully Submitted,

                                        **Norris McLaughlin, P.A.**


                                        By:   */s/ Nicholas Duston*
                                              Nicholas Duston

cc:   Counsel of Record (via Electronic Filing)



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM