UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MERCEDES-BENZ FINANCIAL SERVICES
USA LLC,

               Plaintiff,

   -against-                              ORDER

ILAN KORCHMAR; GREATER CHICAGO       20 Civ. 3550 (GBD)
MOTORSPORTS; KONRAD DOE,

               Defendants.
------------------------------------- x

GEORGE B. DANIELS, District Judge:

     Given the June 20, 2022 letter from Defendant Greater Chicago Motorsports advising the Court "that there is no need for the cross-claim against Ilan Korchmar," and this cross-claim being the only remaining claim in the above captioned action, the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: June 21, 2022
      New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE